IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDELL HENDERSON,

    Petitioner,

v.                                               5:15cv92–WS/GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed July 15, 2016. See Doc. 17. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as time-barred. The petitioner has filed objections (doc. 18) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 17) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (doc. 14) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as time-barred.

4. The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DISMISSED."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___3rd___ day of ___August___, 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE5.